1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division

3  MARTIN F. McDERMOTT, Trial Attorney (Ill. Bar No.6183307)
   United States Department of Justice
4  Environment and Natural Resources Division
   Environmental Defense Section
5  P.O. Box 23986
   Washington, D.C. 20026-3986
6  Tel: (202) 514-4122
   Fax: (202) 514-8865
7  martin.mcdermott@usdoj.gov
   Attorneys for Defendants
8
   GEORGE M. TORGUN, State Bar No. 222085
9  Earthjustice
   426 17th Street, 5th Floor
10 Oakland, CA 94612
   Tel: (510) 550-6725
11 Fax: (510) 550-6749
   gtorgun@earthjustice.org
12 Attorney for Plaintiffs

**FILED**

JAN 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE NASTRI, Regional Administrator, United States Environmental Protection Agency, Region IX, et al., <br><br> Defendants. | Case No. C-95-4474 MHP <br><br> [~~PROPOSED~~] **ORDER PURSUANT TO NOTICE OF AGREEMENT TO MODIFY SCHEDULE FOR ESTABLISHMENT OF TOTAL MAXIMUM DAILY LOADS** |

Pursuant to Section X of the Consent Decree in this case, which provides that dates set forth in said Decree may be extended by written agreement of the parties and notice to the Court,

and pursuant to the parties' previously filed stipulation, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Supplemental TMDL Establishment Schedule shall be modified to set forth new deadlines requiring the establishment of TMDLs for: (1) the Klamath River, Oregon border to Pacific Ocean ("Klamath Main"), for nutrients and temperature, by December 31, 2010; and (2) the Lost River, Tule Lake to the Oregon border, for nutrients, by December 31, 2008.

2. In accordance with Section XI of the Consent Decree, the Court shall retain jurisdiction over this matter until December 31, 2010 or upon final approval or establishment by EPA of TMDLs for each and every waterbody listed in the Supplemental TMDL Establishment Schedule.

DATED: __1/17__, 2008

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*Jointly submitted by*

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
MARTIN F. McDERMOTT, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4122
Fax: (202) 514-8865
martin.mcdermott@usdoj.gov

Attorneys for Defendants


GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
gtorgun@earthjustice.org

Attorney for Plaintiffs