GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel: (510) 550-6725
Fax: (510) 550-6749
gtorgun@earthjustice.org
Attorney for Plaintiffs

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
MARTIN F. McDERMOTT, Trial Attorney (Ill. Bar No. 6183307)
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-4122
Fax: (202) 514-8865
martin.mcdermott@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JARED BLUMENFELD, Regional Administrator, United States Environmental Protection Agency, Region IX, *et al.*, <br><br> Defendants. | Case No. C-95-4474 MHP <br><br> **[PROPOSED] ORDER RE TERMINATION OF CONSENT DECREE** |

Pursuant to Section VII of the Consent Decree in this case, which provides that "This Consent Decree shall terminate after EPA fulfills its obligations under this Consent Decree, at which time the Complaint shall be dismissed with prejudice," and pursuant to the parties' Notice of Termination of Consent Decree, filed herewith, IT IS HEREBY ORDERED AS FOLLOWS:

1. EPA has fulfilled all of its obligations under the Consent Decree in this case, and the Consent Decree is now TERMINATED.

2. Plaintiffs' Complaint in this case is DISMISSED WITH PREJUDICE.

3. The clerk is directed to CLOSE the case.

DATED:  3/11/2011



MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel